1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
   NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
   SIGNATURE PAGE]
3

4

5              UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                    OAKLAND DIVISION

8

| | |
|---|---|
| TELEMAC CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TELEDIGITAL, INC., a Delaware Corporation; TELEDIGITAL DEVELOPMENT, INC., a Minnesota Corporation, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.  C 04-4696 CW<br><br>**ORDER GRANTING STIPULATION AMENDING CASE MANAGEMENT DATES** |

The parties are currently engaged in settlement discussions and hope that they can amicably settle this matter. While they are discussing settlement, the parties agree and hereby request that the Court alter the dates in the Case Management Order as follows so that the parties can minimize litigation costs while they work toward a settlement:

| | |
|---|---|
| Court-connected mediation | Yes |
| Completion of Fact Discovery | September 29, 2006 |
| Disclosure of identities and reports of expert witnesses | July 13, 2006 |
| Disclosure of identities and reports of rebuttal expert witnesses | August 14, 2006 |
| Completion of Expert Discovery | November 22, 2006 |
| All case-dispositive motions to be heard at 10:00 AM on or before | February 16, 2007 |

| | |
|---|---|
| Date of next case management conference | February 16, 2007 |
| Final Pretrial Conference at 1:30 PM on | June 1, 2007 |
| A seven (7) day Jury Trial will begin at 8:30 AM on | June 18, 2007(a) |

**Additional Matters related to Patent Local Rules ("PLR") still pending:**

| | |
|---|---|
| Exchange of proposed terms and claim elements for construction (PLR 4-1) | July 13, 2006 |
| Exchange of preliminary claim construction and extrinsic evidence (PLR 4-2) | August 3, 2006 |
| File joint claim construction and pre-hearing statement (PLR 4-3) | September 14, 2006 |
| Complete Claim Construction discovery (PLR 4-4) | August 24, 2006 |
| Opening Claim Construction brief (PLR 4-5(a)) | December 21, 2006 |
| Responsive Claims Construction Brief (PLR 4-5(b)) | January 12, 2007 |
| Reply Brief (PLR 4-5(c)) | January 18, 2007 |
| Markman Hearing | February 16, 2007 |

The parties will be ready for trial on this date. If the parties have not agreed to trial consolidation with case CV 04-1486, the Court will determine which is tried first.

This Court's standard Order for Pretrial Preparation also applies.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/23/06                /s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE