1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
   NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
   SIGNATURE PAGE]
3

4

5              UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                     OAKLAND DIVISION

8

| | |
|---|---|
| TELEMAC CORPORATION, a Delaware corporation, | Case No.   C 04-4696 CW<br>Related w/ Case No. No. C 04-01486 CW |
| Plaintiff, | **REVISED STIPULATION AND ORDER AMENDING CASE MANAGEMENT DATES** |
| v. | |
| TELEDIGITAL, INC., a Delaware Corporation; TELE DIGITAL DEVELOPMENT, INC., a Minnesota Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

The parties agreed to a temporary continuance of all litigation activities in the above-captioned case pending the Court's ruling on Teledigital's Motion to Stay Proceedings ("Motion to Stay") in order to minimize litigation costs and expenses in the interim before the Court ruled on the Motion to Stay. Now that the Court has issued its ruling on the Motion Stay, and in light of the agreement between the parties, the parties agree and hereby request that the Court alter the dates in the Case Management Order as follows[1]:

---

[1] The parties submit this Stipulation at this time, rather than during the pendency of the Motion for Stay, based on counsels' August 11 conference call with the Court Clerk, Ms. Sheilah Cahill. During that conference call, the parties informed Ms. Cahill of (a) their agreement to halt all litigation activities until the Court issued a ruling on the Motion to Stay and (b) their intention to file this Stipulation with a proposed formula for calculating new dates rather than proposed new dates. Ms. Cahill suggested that the parties wait until after the Court ruled on the Motion to Stay to submit any
Continued on the next page

| | | |
|---|---|---|
| 1 | Court-connected mediation | Already Completed |
| 2 | Completion of Fact Discovery | February 12, 2007 |
| 3 | Disclosure of identities and reports of expert witnesses | February 27, 2007 |
| 4 | | |
| 5 | Disclosure of identities and reports of rebuttal expert witnesses | March 20, 2007 |
| 6 | Completion of Expert Discovery | April 23, 2007 |
| 7 | All case-dispositive motions to be heard at 10:00 AM on or before | July 27, 2007 |
| 8 | Date of next case management conference | July 27, 2007 |
| 9 | Final Pretrial Conference at 1:30 PM on | November 16, 2007 |
| 10 | | |
| 11 | A seven (7) day Jury Trial will begin at 8:30 AM on | November 26, 2007 |
| 12 | **Additional Matters related to Patent Local Rules ("PLR") still pending:** | |
| 13 | Defendants' preliminary invalidity contentions and supporting documents (PLR 3-3 & 3-4) | March 28, 2006 |
| 14 | | |
| 15 | Exchange of proposed terms and claim elements for construction (PLR 4-1) | December 12, 2006 |
| 16 | Exchange of preliminary claim construction and extrinsic evidence (PLR 4-2) | January 16, 2007 |
| 17 | | |
| 18 | File joint claim construction and pre-hearing statement (PLR 4-3) | February 6, 2007 |
| 19 | Complete Claim Construction discovery (PLR 4-4) | January 23, 2007 |
| 20 | Opening Claim Construction brief (PLR 4-5(a)) | May 22, 2007 |
| 21 | Responsive Claims Construction Brief (PLR 4-5(b)) | June 13, 2007 |
| 22 | | |
| 23 | Reply Brief (PLR 4-5(c)) | June 19, 2007 |

---

Continued from the previous page

proposed order regarding amending the case management dates, in order that the Stipulation would contain specific proposed dates.

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-4696 CW, RELATED W/ CASE NO. NO. C 04-01486 CW

2

| | |
|---|---|
| 1 | Markman Hearing | July 27, 2007 |

(a) The parties will be ready for trial on this date. If the parties have not agreed to trial consolidation with case CV 04-4696, the Court will determine which is tried first.

This court's standard Order for Pretrial Preparation also applies.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  Please note that the claim construction arguments and the summary judgment arguments should be contained in the same briefs, with leave for additional pages, if necessary.**

DATED: 10/19/06

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

The undersigned hereby stipulate to the entry of the above Order.

DATED:  October 18, 2006

By:/s/ *Guy W. Chambers*
    Guy W. Chambers (State Bar No. 101611)
    Robert G. Litts (State Bar No. 205984)
    Townsend and Townsend and Crew LLP
    Two Embarcadero Center, Eighth Floor
    San Francisco, California  94111
    Telephone: (415) 576-0200
    Facsimile:  (415) 576-0300
    Email:     gwchambers@townsend.com

By:/s/ *David T. Schultz*
    David T. Schultz (MN SBN 169730)*
    J. Alison Morris
    Maslon Edelman Borman & Brand, LLP
    3300 Wells Fargo Center
    90 South 7th Street
    Minneapolis, MN  55402
    Telephone: 612-672.8200
    Facsimile: 612-672-8397
    Email: dschultz@maslon.com
    Email: alison.morris@maslon.com
    * Appearing *Pro Hac Vice*

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-4696 CW, RELATED W/ CASE NO. NO. C 04-01486 CW

3

| | | |
|---|---|---|
| 1 | Edwin I. Lasman (State Bar No. 105943) | John C. Ferry (State Bar No. 104411) |
| | Case, Knowlson, Jordan & Wright LLP | John T. Burnite (State Bar No. 162223) |
| 2 | 2029 Century Park East, Suite 2500 | Kelly, Herlihy & Klein LLP |
| | Los Angeles, CA  90067 | 44 Montgomery Street, Suite 2500 |
| 3 | Office        (310) 552-2766 | San Francisco, CA  94104 |
| | Facsimile   (310) 552-3229 | Telephone: (415) 951-0535 |
| 4 | Email:      elasman@ckjw.com | Facsimile:  (415) 391-7808 |

Email:      jferry@kelher.com
Email:      jtb@kelher.com

**Attorneys for Plaintiff Telemac Corporation**

**Attorneys for Defendants Teledigital, Inc. and Tele Digital Development, Inc.**

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-4696 CW, RELATED W/ CASE NO. NO. C 04-01486 CW

4

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Guy W. Chambers, am the ECF user whose ID and password are being used to file this |
| 3 | Stipulation And [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that |
| 4 | David T. Schultz has concurred in this filing. |

*/s/ Guy W. Chambers*
Guy W. Chambers

60886891 v3

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-4696 CW, RELATED W/ CASE NO. NO. C 04-01486 CW

5