IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELEMAC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

TELEDIGITAL, INC., a Delaware corporation; TELEDIGITAL DEVELOPMENT, INC. a Minnesota corporation,

    Defendants.

No. C 04-04696 CW

ORDER CLOSING CASE

    Defendant Teledigital, Inc., also d/b/a Teledigital Development, Inc., having filed a petition pursuant to Chapter 7 of the Bankruptcy Code on October 26, 2006, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any

1  party may initiate it in the same manner as if this Order had not
2  been entered.
3
4  Dated: 12/27/06

_____
CLAUDIA WILKEN
United States District Judge